THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CORRIE ROBBINS, individually,<br><br>       Plaintiff,<br><br> vs.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware Limited Liability Corporation d/b/a COMCAST CORPORATION,<br><br>       Defendant. | NO. 3:19-cv-05603-BHS<br><br>STIPULATION AND ORDER OF DISMISSAL |

## **STIPULATION**

Plaintiff Corrie Robbins ("Plaintiff") and Defendant Comcast Cable Communications Management, LLC ("Defendant" or "Comcast"), by and through their undersigned counsel, hereby stipulate that all claims by and between Plaintiff and Defendant in this action have been resolved and should be dismissed with prejudice and without award of costs or fees to any party.

Dated: March 10, 2021

GORDON REES SCULLY MANSUKHANI, LLP

By: /s Nicole E. Demmon
   Sarah N. Turner, WSBA #37748
   Nicole E. Demmon, WSBA #45322

STIPULATION AND ORDER OF DISMISSAL -
Civil Action No. 3:19-cv-005603-BHS - 1

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

Michael C. Tracy, WSBA #51226
701 5th Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
sturner@grsm.com
ndemmon@grsm.com
mtracy@grsm.com
**Attorneys for Defendant:**
Comcast Cable Communications Management, LLC

Dated:  March 10, 2021          LAW OFFICES OF THADDEUS P. MARTIN

By:   /s Thaddeus P. Martin
Thaddeus P. Martin, WSBA #28175
Bridgeport Way West
University Place, WA 98466
Phone: 253.682.2420
tmartin@thadlaw.com
**Attorney for Plaintiff**

# ORDER

THIS MATTER, having been brought on duly and regularly before the undersigned Judge of the above-entitled Court; the Court, deeming itself fully advised in all matters, does hereby, pursuant to the foregoing Stipulation:

ORDERED, ADJUDGED AND DECREED that the above-entitled action and each and every portion thereof is dismissed with prejudice and without costs or fees to any party.

DATED this 12th day of March, 2021.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

STIPULATION AND ORDER OF DISMISSAL -
Civil Action No. 3:19-cv-005603-BHS - 2

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone:  (206) 695-5100
Facsimile:   (206) 689-2822

| | | |
|---|---|---|
| Dated: March 10, 2021 | | GORDON REES SCULLY MANSUKHANI, LLP |
| | By: | /s Nicole E. Demmon |
| | | Sarah N. Turner, WSBA #37748 |
| | | Nicole E. Demmon, WSBA #45322 |
| | | Michael C. Tracy, WSBA #51226 |
| | | 701 5th Avenue, Suite 2100 |
| | | Seattle, WA 98104 |
| | | Phone: (206) 695-5100 |
| | | sturner@grsm.com |
| | | ndemmon@grsm.com |
| | | mtracy@grsm.com |
| | | **Attorneys for Defendant:** Comcast Cable Communications Management, LLC |
| Dated: March 10, 2021 | | LAW OFFICES OF THADDEUS P. MARTIN |
| | By: | /s Thaddeus P. Martin |
| | | Thaddeus P. Martin, WSBA #28175 |
| | | Bridgeport Way West |
| | | University Place, WA 98466 |
| | | Phone: 253.682.2420 |
| | | tmartin@thadlaw.com |
| | | **Attorney for Plaintiff** |

STIPULATION AND ORDER OF DISMISSAL -
Civil Action No. 3:19-cv-005603-BHS - 3

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA98104
Telephone:  (206) 695-5100
Facsimile:   (206) 689-2822

1190435/57053080v.1